UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIGEL FREDRICKS,<br><br>                              Plaintiff,<br><br>    -against-<br><br>CAPTAIN JOHN DOE, CORRECTION OFFICER JANE DOE, ET AL<br><br>                              Defendant. | 22-CV-7661(LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 11, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 11, 2022
         New York, New York

                                                          /s/ Laura Taylor Swain
                                                         LAURA TAYLOR SWAIN
                                                      Chief United States District Judge